UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| **OLIVER, DONALD GENE** | ) Bankruptcy Case No. 15-82180 LMT |
| **OLIVER, REBECCA JEAN** | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 18, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

OLIVER, DONALD GENE
OLIVER, REBECCA JEAN
553 LAWN DRIVE
LOVES PARK, IL 61111

JASON K NIELSON
Geraci Law Office
55 E. Monroe St., #3400
Chicago, IL 60603

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
Phone: (312) 886-5785
FAX: (312) 886-5794

1  Quantum3 Group LLC as agent for
   Comenity Bank
   PO Box 788
   Kirkland, WA 98083-0788

2  PYOD, LLC its successors and assigns as assignee
   of FNBM, LLC
   Resurgent Capital Services,PO Box 19008
   Greenville, SC 29602

| | |
|---|---|
| 3 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| 4 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| 5 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| 6 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 |
| 7 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| 8 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| 9 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| 10 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| 11 | Cerastes, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 |

/s/ JOSEPH D. OLSEN
Chapter 7 Trustee
JOSEPH D. OLSEN, Trustee
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
Phone: (815) 965-8635
Fax: