# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: OLIVER, DONALD GENE § Case No. 15-82180
OLIVER, REBECCA JEAN § 
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $90,566.00         Assets Exempt: $40,466.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,261.83      Claims Discharged
                                                 Without Payment: $1,488.92

Total Expenses of Administration: $4,757.83

3) Total gross receipts of $ 12,019.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,019.66 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 3,815.39 | 4,757.83 | 4,757.83 | 4,757.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,261.83 | 8,750.75 | 8,750.75 | 7,261.83 |
| **TOTAL DISBURSEMENTS** | $11,077.22 | $13,508.58 | $13,508.58 | $12,019.66 |

4) This case was originally filed under Chapter 7 on August 27, 2015. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2016         By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Shares of Manulife | 1229-000 | 12,019.66 |
| **TOTAL GROSS RECEIPTS** | | **$12,019.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,951.97 | 1,951.97 | 1,951.97 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 117.17 | 117.17 | 117.17 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,746.25 | 1,746.25 | 1,746.25 |
| Rabobank, N.A. | 2600-000 | N/A | 15.43 | 15.43 | 15.43 |
| Rabobank, N.A. | 2600-000 | N/A | 16.64 | 16.64 | 16.64 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | | 16.61 | 16.61 | 16.61 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 4.88 | 4.88 | 4.88 |
| Rabobank, N.A. | 2600-000 | N/A | | 18.88 | 18.88 | 18.88 |
| Illinois Department of Revenue | 2820-000 | N/A | | 370.00 | 370.00 | 370.00 |
| Benning Group, LLC | 3310-000 | N/A | | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $4,757.83 | $4,757.83 | $4,757.83 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 194.46 | 234.33 | 234.33 | 194.46 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 540.48 | 651.30 | 651.30 | 540.48 |
| 3 | Capital One, N.A. | 7100-000 | 765.73 | 922.73 | 922.73 | 765.73 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 759.65 | 915.40 | 915.40 | 759.65 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 1,554.77 | 1,873.55 | 1,873.55 | 1,554.77 |
| 6 | American InfoSource LP as agent for | 7100-000 | 107.58 | 129.64 | 129.64 | 107.58 |
| 7 | American Express Centurion Bank | 7100-000 | 1,290.12 | 1,554.64 | 1,554.64 | 1,290.12 |
| 8 | Quantum3 Group LLC as agent for | 7100-000 | 518.32 | 624.59 | 624.59 | 518.32 |
| 9 | Capital Recovery V, LLC | 7100-000 | 517.54 | 623.66 | 623.66 | 517.54 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Capital Recovery V, LLC | 7100-000 | 165.94 | 199.96 | 199.96 | 165.94 |
| 11 | Cerastes, LLC | 7100-000 | 847.24 | 1,020.95 | 1,020.95 | 847.24 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,261.83 | $8,750.75 | $8,750.75 | $7,261.83 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-82180  
**Case Name:** OLIVER, DONALD GENE  
OLIVER, REBECCA JEAN  
**Period Ending:** 12/12/16

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/27/15 (f)  
**§341(a) Meeting Date:** 10/01/15  
**Claims Bar Date:** 01/13/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 553 Lawn Drive Loves Park, IL 61111 (Debtors' Re | 80,000.00 | 0.00 | | 0.00 | FA |
| 2 | Alpine Bank & Trust checking account | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Alpine Bank & Trust savings account | 16.00 | 0.00 | | 0.00 | FA |
| 4 | checking account with Northwest Bank | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Used household goods; TV, DVD player, TV stand, | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Books, CD's, DVD's, Tapes/Records, Family Pictur | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Necessary wearing apparel | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Earrings, watch, costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Wedding Rings | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Whole Life Insurance policy with John Hancock - | Unknown | 0.00 | | 0.00 | FA |
| 11 | Whole Life Insurance with National Insurance - B | Unknown | 0.00 | | 0.00 | FA |
| 12 | Pension - 100% Exempt | Unknown | 0.00 | | 0.00 | FA |
| 13 | 2002 Chevrolet Silverado (over 100,000 miles) | 4,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2002 Ford Taurus (over 100,000 miles) | 3,000.00 | 0.00 | | 0.00 | FA |
| 15 | Family Pets/Animals - shih tzu | Unknown | 0.00 | | 0.00 | FA |
| 16 | Shares of Manulife (u) | 15,720.00 | 13,000.00 | | 12,019.66 | FA |
| **16** | **Assets   Totals** (Excluding unknown values) | **$106,286.00** | **$13,000.00** | | **$12,019.66** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016   **Current Projected Date Of Final Report (TFR):**   July 21, 2016  (Actual)

Printed: 12/12/2016 01:22 PM   V.13.28

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-82180 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | OLIVER, DONALD GENE | | Bank Name: | Rabobank, N.A. |
| | OLIVER, REBECCA JEAN | | Account: | ******6666 - Checking Account |
| Taxpayer ID #: | **-***2547 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/12/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/03/16 | {16} | Manulife | liquidation of stocks | 1229-000 | 11,922.09 | | 11,922.09 |
| 03/21/16 | {16} | Manulife | Dividends on stock sold | 1229-000 | 97.57 | | 12,019.66 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.43 | 12,004.23 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.64 | 11,987.59 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.61 | 11,970.98 |
| 06/02/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2016 FOR CASE #15-82180 | 2300-000 | | 4.88 | 11,966.10 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.88 | 11,947.22 |
| 07/12/16 | 102 | Illinois Department of Revenue | Form IL-1041 year end 4/30/16 - EIN #30-6502547 | 2820-000 | | 370.00 | 11,577.22 |
| 07/12/16 | 103 | Benning Group, LLC | Per Court Order of 7/11/16 | 3310-000 | | 500.00 | 11,077.22 |
| 09/26/16 | 104 | PYOD, LLC its successors and assigns as assignee | | 7100-000 | | 540.48 | 10,536.74 |
| 09/26/16 | 105 | Quantum3 Group LLC as agent for | | 7100-000 | | 194.46 | 10,342.28 |
| 09/26/16 | 106 | Capital One, N.A. | | 7100-000 | | 765.73 | 9,576.55 |
| 09/26/16 | 107 | Capital One Bank (USA), N.A. | | 7100-000 | | 759.65 | 8,816.90 |
| 09/26/16 | 108 | Capital One Bank (USA), N.A. | | 7100-000 | | 1,554.77 | 7,262.13 |
| 09/26/16 | 109 | American InfoSource LP as agent for | | 7100-000 | | 107.58 | 7,154.55 |
| 09/26/16 | 110 | American Express Centurion Bank | | 7100-000 | | 1,290.12 | 5,864.43 |
| 09/26/16 | 111 | Quantum3 Group LLC as agent for | | 7100-000 | | 518.32 | 5,346.11 |
| 09/26/16 | 112 | Capital Recovery V, LLC | | 7100-000 | | 517.54 | 4,828.57 |
| 09/26/16 | 113 | Capital Recovery V, LLC | | 7100-000 | | 165.94 | 4,662.63 |
| 09/26/16 | 114 | Cerastes, LLC | | 7100-000 | | 847.24 | 3,815.39 |
| 09/26/16 | 115 | JOSEPH D. OLSEN | | 2100-000 | | 1,951.97 | 1,863.42 |
| 09/26/16 | 116 | JOSEPH D. OLSEN | | 2200-000 | | 117.17 | 1,746.25 |
| 09/26/16 | 117 | Yalden, Olsen & Willette | | 3110-000 | | 1,746.25 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,019.66 | 12,019.66 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,019.66 | 12,019.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,019.66 | $12,019.66 | |

{} Asset reference(s)

Printed: 12/12/2016 01:22 PM V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-82180  
**Case Name:** OLIVER, DONALD GENE  
OLIVER, REBECCA JEAN  
**Taxpayer ID #:** **-***2547  
**Period Ending:** 12/12/16

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6666 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 12,019.66 | | | | |
| | | Net Estate : | $12,019.66 | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6666** | 12,019.66 | 12,019.66 | 0.00 |
| | $12,019.66 | $12,019.66 | $0.00 |

{} Asset reference(s)

Printed: 12/12/2016 01:22 PM    V.13.28